IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALLIED WASTE NORTH AMERICA, INC.,  )
et al.,                             )
                                    )   Case No. 3:13-0254
v.                                  )   JUDGE SHARP
                                    )
LEWIS, KING, KRIEG & WALDROP, P.C.  )
et al.,                             )

# O R D E R

Pursuant to the Stipulation of Dismissal of Claims Against Michael A. Geracioti (Docket Entry No. 24) filed by the parties, Defendant Michael A. Geracioti is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE