# EXHIBIT 1

```
             UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF TENNESSEE
                      AT NASHVILLE




ALLIED WASTE NORTH AMERICA, INC.,
and BFI WASTE SERVICES, LLC,

     Plaintiff,


vs.                                    NO. 3:13-cv-254


LEWIS, KING, KRIEG & WALDROP, PC,
et al.,

     Defendants.




           VIDEO DEPOSITION OF MARK PICCIRILLO

                    August 14, 2014

                      9:05 a.m.

                Carlock Copeland & Stair

                191 Peachtree Street NE

                      Suite 3600

                   Atlanta, Georgia

        Jennifer A. Davis, RPR, CRR, CCR-2496
```

Case 3:13-cv-00254   Document 75-1   Filed 10/23/14   Page 2 of 4 PageID #: 486

Page 34

1  considered it amongst --
2  Q.  Okay.
3  A.  -- many other things.
4  Q.  If that information had been provided to
5  you during the course of your involvement in the
6  Metro Nashville case, would you have considered --
7  did you consider it?
8  A.  We would have considered it with Allied,
9  Michelle Casey, yes.
10  Q.  Okay.  And would that have -- would you
11  have considered that as something important in terms
12  of making your analysis and evaluation of the case?
13     MR. NORTHUP:  Object to form and
14  foundation.
15  A.  It would be something we would consider.
16  Just another investigative issue in the case that we
17  would consider.
18  BY MR. LOWE:
19  Q.  Okay.  And the same question with regard
20  to plaintiffs' expert witnesses who testified about
21  the duty to remove all of the materials, all of the
22  trash, and the fact that the trash was not removed.
23  Again, would you have considered that information in
24  your --
25  A.  Yes.

Page 35

1  Q.  -- evaluation?
2     MR. LOWE:  All right.  Let's mark that as
3  Exhibit 2.
4     (EXHIBIT 2 MARKED)
5  BY MR. LOWE:
6  Q.  You ready, Mr. Piccirillo?
7  A.  Yes.
8  Q.  Can you identify the document I've handed
9  you?
10  A.  It's a letter from Michael Geracioti dated
11  January 25th, 2008.  It's a cover letter to an
12  Agreed-to Litigation Plan report that is dated
13  August 27th, 2007.
14  Q.  Okay.  And does that appear that Michele
15  Casey was copied on this letter and the litigation
16  plan?
17  A.  Yes.  She got all copies of correspondence
18  from defense counsel --
19  Q.  All right.
20  A.  -- if I recall.
21  Q.  Now, the date of the report, as you
22  indicated, was August 27, 2007.  Do you recall that
23  that was approximately three years before the trial?
24  A.  Yes.
25  Q.  All right.  Let's look at some of the

Page 36

1  information that's provided in this report.  And if
2  you could direct your attention to page 2, the very
3  last paragraph.
4  A.  Um-hum.  (Affirmative)
5  Q.  Read into the record that very last
6  paragraph, please.
7  A.  Where it begins on "November 1st"?
8  Q.  Yes.
9  A.  (as read) On November 1st, 2005, we took
10  all -- an all-day deposition of Chance [sic]
11  Anderson.  Robert Orr sent a deposition report
12  letter to Michele Casey on or about November 4th,
13  2005, and a copy was attached to my February 2nd,
14  2007, letter -- ATLP.  It's difficult to surmise a
15  seven-plus hour deposition in a fraction of a
16  paragraph.  Still, key parts -- key parts of Chance
17  Anderson's deposition were that he was personally in
18  charge of the tipping floor at Nashville Thermal
19  where the fire occurred.  Secondly, less than a week
20  before the fire, which occurred on May 23rd, 2002,
21  David Manning, Metro's Director of Finance, issued
22  an edict that all of the excess garbage would be
23  removed from the tipping floor at Nashville Thermal
24  immediately.  Chance Anderson testified that order
25  went from him out to BFI and, to my surprise, he

Page 37

1  testified that the tipping floor was basically
2  cleared up over the weekend.  Obviously, with the
3  complicity of Chance Anderson, additional garbage
4  was brought in and there was a considerable amount
5  of garbage on the night of the fire the following
6  Thursday.
7  Q.  All right.  So did that provide you and
8  Michele Casey with the information that there would
9  be testimony in the case that the tipping floor had
10  in fact been cleared of garbage several days prior
11  to the fire?
12  A.  That was -- if I recall, that was our
13  understanding, yeah.
14  Q.  All right.  And did that lead you to the
15  conclusion there would be testimony that BFI and
16  Classic Pride, the subcontractor, had the ability to
17  clear all the garbage and the waste from the tipping
18  floor?
19     MR. NORTHUP:  Object to form and
20  foundation.
21  A.  Yeah.  I don't recall that aspect.
22  BY MR. LOWE:
23  Q.  Okay.
24  A.  No.  But --
25  Q.  Isn't that a logical conclusion, though,

```
 1                        CERTIFICATE

 2    STATE OF GEORGIA:
      COUNTY OF FULTON:
 3

 4            I hereby certify that the foregoing
      transcript was taken down, as stated in the caption,
 5    and the colloquies, questions, and answers were
      reduced to typewriting under my direction; that the
 6    transcript is a true and correct record of the
      evidence given upon said proceeding.
 7

 8            I further certify that I am not a relative
      or employee or attorney of any party, nor am I
 9    financially interested in the outcome of this
      action.
10

11            I have no relationship of interest in this
      matter which would disqualify me from maintaining my
12    obligation of impartiality in compliance with the
      Code of Professional Ethics.
13

14            I have no direct contract with any party
      in this action and my compensation is based solely
15    on the terms of my agreement with my employer.

16
              Nothing in the arrangements made for this
17    proceeding impacts my absolute commitment to serve
      all parties as an impartial officer of the court.
18

19            This the 20th day of August, 2014.

20                    [signature: Jennifer A. Davis]

21            _____

22            JENNIFER A. DAVIS, RPR, CRR, CCR-2496

23

24

25
```