# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALLIED WASTE NORTH AMERICA, INC., )
a Delaware Corporation; and BFI )
WASTE SERVICES, LLC, a Delaware )
Limited Liability Company, )
)
                        Plaintiffs, )
vs.                                 )CASE NO.
                                    )3:13-cv-00254
LEWIS, KING, KRIEG & WALDROP, P.C., )
a Tennessee Professional Corporation;)
LINDA HAMILTON MOWLES, an individual;)
DEBORAH STEVENS, an individual; )
LEVINE, ORR & GERACIOTI, PLLC, a )
Tennessee Limited Liability Company; )
ROBERT ORR, JR., an individual; )
MICHAEL A. GERACIOTI, an individual; )
WEINBERG, WHEELER, HUDGINS, GUNN & )
DIAL, LLC, a Georgia Limited )
Liability Company; TERRANCE SULLIVAN,)
an individual; and SCOTT A. )
WITZIGREUTER, an individual, )
)
                        Defendants. )

VIDEOTAPED DEPOSITION OF

MICHAEL A. GERACIOTI

Taken on Behalf of the Plaintiffs

June 6, 2014

Commencing at 9:01 a.m.

---

Reported by: Trine M. Mitchell, RPR, LCR
Tennessee LCR No. 284
Expires: 6/30/2014

Brentwood Court Reporting Services, Inc.
(615) 791-6983   \*\*\*   (866) 939-3376

## Page 6

1  PROCEEDINGS
2  THE VIDEOGRAPHER: We are on the
3  record at 9:01 a.m. The date today is June 5th,
4  2014. This marks the beginning of Disk 1 of the
5  video deposition of Michael Geracioti.
6  Will all counsel please introduce
7  yourselves.
8  MR. NORTHUP: Drug Northup, for the
9  plaintiffs.
10  MR. LOWE: Darryl Lowe, for Levine,
11  Orr & Geracioti and Rob Orr. And Mr. Geracioti is
12  here today in his individual capacity, as opposed
13  to a representative capacity for the firm.
14  MR. SCOTT: David Scott, here on
15  behalf of Weinberg Wheeler and Terry Sullivan.
16  MR. TOWNSEND: Darrell Townsend for
17  Lewis King, Debbie Stevens, and Linda Mowels.
18  THE VIDEOGRAPHER: Will the court
19  reporter please administer the oath.
20  MICHAEL A. GERACIOTI
21  was called as a witness, and after having been first
22  duly sworn, testified as follows:
23  EXAMINATION
24  BY MR. NORTHUP:
25  Q. Good morning, Mr. Geracioti.
Brentwood Court Reporting Services (615)791-6983

## Page 7

1  A. Good morning.
2  Q. We met briefly off record. My name is
3  Doug Northup, and I represent the plaintiffs in a
4  lawsuit that you're here to testify about today.
5  I don't think we'll take up too much of your time.
6  My understanding is that you're a
7  litigator and a trial lawyer?
8  A. Yes, ma'am -- yes, sir.
9  Q. How long have you been practicing?
10  A. Since 1985.
11  Q. And so over the last ten years, what's
12  been the nature of the types of cases you've
13  handled?
14  A. Mostly medical in nature. Products
15  liability, and then miscellany.
16  Q. You're with the law firm -- is it still
17  Levine, Orr & Geracioti?
18  A. It is.
19  Q. How many lawyers are in that firm?
20  A. Today?
21  Q. Yes, sir.
22  A. I'm guessing six.
23  Q. And a gentleman named Robert Orr, I think,
24  used to be a -- a principal in that firm?
25  A. He was.
Brentwood Court Reporting Services (615)791-6983

## Page 8

1  Q. And he's now retired, as I understand it?
2  A. He retired a few years ago, yes, sir.
3  Q. We're here to talk today about --
4  primarily the questions I'll ask you is about a
5  case that was Nashville Metro versus --
6  A. I'm familiar with it.
7  Q. -- BFI/Allied Waste and others that was
8  tried in 2010. My understanding was the
9  engagement from Allied Waste/BFI initially came to
10  you.
11  Do you remember that being the case?
12  A. I don't have any specific recollection.
13  That would not surprise me.
14  Q. Had you done --
15  A. Or -- or -- excuse me. It may have come
16  through AIG, which is -- was their -- which was
17  their insurance carrier at the time.
18  Q. Okay. And when I say -- I mean, you may
19  be aware that there are a number of entities back
20  at the time of this lawsuit. The ultimate parent
21  company was Allied Waste Industries, Incorporated,
22  and then there were a number of subsidiaries that
23  had either the name Allied or BFI in them. So
24  I'll referred to Allied Waste and BFI, if it's
25  okay with you, as the entities that were the
Brentwood Court Reporting Services (615)791-6983

## Page 9

1  defendants in that lawsuit.
2  A. That's fine.
3  Q. Do you remember, had your firm -- well,
4  let me ask you, first, you; had you ever done work
5  for any of the Allied or BFI entities prior to
6  this engagement?
7  A. Yes.
8  Q. Do you know approximate number of times?
9  A. I don't. And -- and I should add that the
10  way the referrals work and the assignments work in
11  our law firm is, the AIG adjuster would call a
12  point of contact, and then that lawyer would
13  accept the file and then assign it out to the
14  appropriate individual. And my guess is, in that
15  day and age, maybe 50 percent of our work came
16  from AIG, so you had maybe 10 lawyers doing the
17  AIG work. And so that call may have come to me, I
18  just don't recall specifically.
19  Q. I have some -- some documents I'll show
20  you that might refresh your recollection.
21  Do you remember how many times that you
22  had represented any of the Allied or BFI entities
23  before this lawsuit?
24  A. I think you already asked that, and I
25  don't have any specific recollection.
Brentwood Court Reporting Services (615)791-6983

3 (Pages 6 to 9)

Case 3:13-cv-00254 Document 75-2 Filed 10/23/14 Page 3 of 5 PageID #: 491

```
 1                      E R R A T A

 2           I, MICHAEL A. GERACIOTI, having read
     the foregoing deposition, Pages 1 through 67,
 3   taken June 6, 2014, do hereby certify said
     testimony is a true and accurate transcript,
 4   with the following changes, if any:

 5

 6   PAGE    LINE      SHOULD HAVE BEEN

 7    19      13       "in" should be "and"   } Typo
                                                or
 8   ___    ___     _____      mispronunciation

 9    21      22       "have" should be "had"

10   ___    ___     _____
```

(remaining lines 11–16 blank)

```
17
18                          _____
19                          MICHAEL A. GERACIOTI
20
21        Subscribed and sworn to before me, this 7th day
22   of July          , 2014.
23   
24   Debbie R. Cooper
     _____
         Notary Public
25   My commission expires: 5-8-2017
     Brentwood Court Reporting Services
```

[Notary seal: DEBBIE R. COOPER, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY]

Brentwood Court Reporting Services, Inc.
(615) 791-6983  ***  (866) 939-3376

```
 1                CERTIFICATE OF REPORTER
 2                I, Trine M. Mitchell, RPR, Notary
 3   Public and Court Reporter, do hereby certify
 4   that I recorded to the best of my skill and
 5   ability by machine shorthand all the
 6   proceedings in the foregoing transcript, and
 7   that said transcript is a true, accurate and
 8   correct transcript to the best of my ability.
 9                I FURTHER CERTIFY that I am not
10   an attorney or counsel of any of the parties,
11   nor a relative or employee of any attorney or
12   counsel connected with the action, nor
13   financially interested in the action.
14                Signed this 16th day of June,
15   2014.
16
17
18
19
20
21
22                _____
                       Trine M. Mitchell, RPR, LCR
23
24   My commission expires: 1/6/15
     Tennessee LCR No. 284
25   Expires:  6/30/2014
     Brentwood Court Reporting Services  (615)791-6983
```

Brentwood Court Reporting Services, Inc.
(615) 791-6983   ***   (866) 939-3376