# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVLLE

| | | |
|---|---|---|
| ALLIED WASTE NORTH AMERICA, INC., and BFI WASTE SERVICES, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:13-cv-254 |
| | ) | Sharp / Griffin |
| LEWIS, KING, KRIEG & WALDROP, PC, et al., | ) ) ) | |
| Defendants. | ) | |

## JOINT MEDIATION REPORT

Come the parties, by and through counsel, pursuant to Magistrate Judge Griffin's Order dated May 5, 2015 [Doc. 146], and submit this Joint Mediation Report. The parties have agreed to William D. Vines, III, of Butler, Vine & Babb, PLLC, Knoxville, Tennessee, as the mediator. The parties have agreed that the mediation will take place in Nashville on October 7, 2015.

Respectfully submitted this 12th day of May, 2015.

LOWE, YEAGER & BROWN

By: _____ s/ Darryl G. Lowe _____

| | |
|---|---|
| Darryl G. Lowe | BPR # 002104 |
| Gregory Brown | BPR # 027944 |

*Counsel for Defendants, Levine, Orr & Geracioti, PLLC, and Robert Orr, Jr.*
Riverview Tower, Ste 2102
900 S. Gay Street
Knoxville, TN 37902
(865) 521-6527
dgl@lyblaw.net
gb@lyblaw.net

FENNEMORE CRAIG, P.C.


By:_____s/ Douglas C. Northup_____
     Douglas C. Northup (admitted *pro hac vice*)
     Carrie Pixler Ryerson (admitted *pro hac vice*)
     *Counsel for Plaintiffs, Allied Waste North*
     *America, Inc. and BFI Waste Services, LLC*
     2394 East Camelback Road, Suite 600
     Phoenix, AZ 85016-3429
     (602) 916-5000
     dnorthup@fclaw.com
     cryerson@fclaw.com


JONES, HAWKINS & FARMER, PLLC


By:_____s/ James W. White_____
     James W. White           BPR # 011886
     *Counsel for Plaintiffs, Allied Waste North*
     *America, Inc. and BFI Waste Services, LLC*
     One Nashville Place, Suite 1820
     150 Fourth Avenue North
     Nashville, TN 37219
     (615) 726-0050
     jwhite@joneshawkinsfarmer.com


ORTALE, KELLEY, HERBERT & CRAWFORD


By:_____s/ David B. Scott_____
     David B. Scott           BPR# 012240
     T. William A. Caldwell     BPR# 027130
     *Counsel for Defendants, Weinberg, Wheeler,*
     *Hudgins, Gunn & Dial and Terrance Sullivan*
     200 Fourth Avenue North, Third Floor
     P.O. Box 198985
     Nashville, TN 37219-8985
     (615) 256-9999
     dscott@ortalekelley.com
     wcaldwell@ortalekelley.com


-2-

HOWELL & FISHER


By:_____s/ Darrell G. Townsend_____
Darrell G. Townsend              BPR # 005460
*Counsel for Defendants, Lewis, King, Krieg &*
*Waldrop, Linda Hamilton Mowles, and*
*Deborah Stevens*
300 James Robertson Parkway
Court Square Building
Nashville, TN  37201-1107
(615) 244-3370
dtownsend@howell-fisher.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Douglas C. Northup, Esq.
Carrie Pixler Ryerson, Esq.
Fennemore Craig, P.C.
2394 E. Camelback Rd, Ste. 600
Phoenix, AZ 85016-3429
dnorthup@fclaw.com
cryerson@fclaw.com

James W. White, Esq.
Jones, Hawkins & Farmer, PLC
One Nashville Place, Ste 1820
150 Fourth Avenue North
Nashville, TN 37219
jwhite@joneshawkinsfarmer.net

Darrell G. Townsend, Esq.
Howell & Fisher
300 James Robertson Pkwy, 3rd Floor
Nashville, TN 37201-1107
dtownsend@howell-fisher.com

David B. Scott, Esq.
T. William A. Caldwell, Esq.
Ortale, Kelley, Herbert & Crawford
P.O. Box 198985
Nashville, TN 37219-8985
dscott@ortalekelley.com
wcaldwell@ortalekelley.com


_____s/ Darryl G. Lowe_____
Darryl G. Lowe          BPR # 002104

-4-