IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALLIED WASTE NORTH AMERICA, )
INC,; and BFI WASTE SERVICES, LLC )
)
v. ) No. 3-13-0254
)
LEWIS, KING, KRIEG & WALDROP, )
P.C.; HAMILTON MOWLES; )
DEBORAH STEVENS; LEVINE, ORR )
& GERACIOTI, PLLC; ROBERT ORR, )
JR.; WEINBERG WHEELER, )
HUDGINS, GUNN & DIAL, LLC; and )
TERRANCE SULLIVAN[1] )

O R D E R

In accord with the order entered May 5, 2015 (Docket Entry No. 146), the parties filed a joint mediation report on May 12, 2015 (Docket Entry No. 150), indicating that the parties have scheduled private mediation on October 7, 2015.

By October 12, 2015, the parties shall file another joint mediation report, confirming that they participated in mediation on October 7, 2016, whether they were able to reach a resolution of the case and, if so, when they will file an agreed order or stipulation of dismissal, and, if not, whether the potential for settlement remains.

On July 7, 2015, the defendants filed an objection (Docket Entry No. 153) to the order entered June 22, 2015 (Docket Entry No. 152).

The objection is construed as a motion to review the June 22, 2015 order.

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp, Chief Judge, for his consideration of the defendants' objection, construed to be a motion to review (Docket Entry No. 153), and the plaintiffs' response in opposition (Docket Entry No. 154).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation of dismissal filed on June 17, 2013 (Docket Entry No. 24), the claims against defendant Michael A. Geracioti were dismissed without prejudice. By stipulation of dismissal filed on August 13, 2013 (Docket Entry No. 38), the claims against Scott A. Witzigreuter were dismissed without prejudice.