# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVLLE

| | |
|---|---|
| ALLIED WASTE NORTH AMERICA, INC., and BFI WASTE SERVICES, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:13-cv-254 |
| | ) Sharp / Griffin |
| LEWIS, KING, KRIEG & WALDROP, PC, et al., | ) ) ) |
| Defendants. | ) |

## JOINT MEDIATION REPORT

Come the parties, by and through counsel, pursuant to Magistrate Judge Griffin's Order dated July 30, 2015 [Doc. 155], and submit this Joint Mediation Report. The parties mediated this case with William D. Vines, III of Butler, Vine & Babb, PLLC, Knoxville, Tennessee, on October 7, 2015.

All matters with respect to Defendants Lewis, King, Krieg & Waldrop, P.C.; Linda Hamilton Mowles; Deborah Stevens; Levine, Orr & Geracioti, PLLC; and Robert Orr, Jr. have been resolved by mediated settlement. Plaintiffs' claims against Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC and Terrance Sullivan were not resolved.

It is anticipated that a stipulation of dismissal as to the settling parties will be submitted to the Court within 30 days from the date of this mediation report.

The potential for settlement between Plaintiffs and Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC and Terrance Sullivan is unknown at this time.

Respectfully submitted this 9th day of October, 2015.

LOWE, YEAGER & BROWN

By: _____s/ Darryl G. Lowe_____
    Darryl G. Lowe                   BPR # 002104
    Gregory Brown                BPR # 027944
    *Counsel for Defendants, Levine, Orr & Geracioti, PLLC, and Robert Orr, Jr.*
    Riverview Tower, Ste 2102
    900 S. Gay Street
    Knoxville, TN 37902
    (865) 521-6527
    dgl@lyblaw.net
    gb@lyblaw.net


FENNEMORE CRAIG, P.C.

By: _____s/ Douglas C. Northup_____
    Douglas C. Northup    (admitted *pro hac vice*)
    Carrie Pixler Ryerson    (admitted *pro hac vice*)
    *Counsel for Plaintiffs, Allied Waste North America, Inc. and BFI Waste Services, LLC*
    2394 East Camelback Road, Suite 600
    Phoenix, AZ 85016-3429
    (602) 916-5000
    dnorthup@fclaw.com
    cryerson@fclaw.com


JONES, HAWKINS & FARMER, PLLC

By: _____s/ James W. White_____
    James W. White               BPR # 011886
    *Counsel for Plaintiffs, Allied Waste North America, Inc. and BFI Waste Services, LLC*
    One Nashville Place, Suite 1820
    150 Fourth Avenue North
    Nashville, TN 37219
    (615) 726-0050
    jwhite@joneshawkinsfarmer.com

HOWELL & FISHER

By: _____s/ Darrell G. Townsend_____
Darrell G. Townsend            BPR # 005460
*Counsel for Defendants, Lewis, King, Krieg & Waldrop, PC, Linda Hamilton Mowles, and Deborah Stevens*
300 James Robertson Parkway
Court Square Building
Nashville, TN  37201-1107
(615) 244-3370
dtownsend@howell-fisher.com


ORTALE, KELLEY, HERBERT & CRAWFORD

By: _____s/ David B. Scott_____
David B. Scott                 BPR# 012240
T. William A. Caldwell         BPR# 027130
*Counsel for Defendants, Weinberg, Wheeler, Hudgins, Gunn & Dial and Terrance Sullivan*
200 Fourth Avenue North, Third Floor
P.O. Box 198985
Nashville, TN 37219-8985
(615) 256-9999
dscott@ortalekelley.com
wcaldwell@ortalekelley.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Douglas C. Northup, Esq.
Carrie Pixler Ryerson, Esq.
Fennemore Craig, P.C.
2394 E. Camelback Rd, Ste. 600
Phoenix, AZ  85016-3429
dnorthup@fclaw.com
cryerson@fclaw.com

James W. White, Esq.
Jones, Hawkins & Farmer, PLC
One Nashville Place, Ste 1820
150 Fourth Avenue North
Nashville, TN  37219
jwhite@joneshawkinsfarmer.net

Darrell G. Townsend, Esq.
Howell & Fisher
300 James Robertson Pkwy, 3rd Floor
Nashville, TN 37201-1107
dtownsend@howell-fisher.com

David B. Scott, Esq.
T. William A. Caldwell, Esq.
Ortale, Kelley, Herbert & Crawford
P.O. Box 198985
Nashville, TN  37219-8985
dscott@ortalekelley.com
wcaldwell@ortalekelley.com

          s/ Darryl G. Lowe
Darryl G. Lowe      BPR # 002104