IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
DIVISION

| | | |
|---|---|---|
| ALLIED WASTE NORTH AMERICA, INC., A Delaware Corporation; and BFI WASTE SERVICES, LLC, A Delaware Limited Liability Corporation, | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | NO. 3:13-CV-0254 |
| | ) | Judge Sharp |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, a Georgia limited liability company; and TERRANCE SULLIVAN, an individual, | ) ) ) ) | Magistrate Judge Griffin |
| **Defendants.** | ) | |

## ORDER TO CHANGE STYLE OF THIS CASE

Pursuant to the joint motion of certain defendants to have their names removed from the style of this case, it is ordered that the style of this case should be changed so as to reflect that those moving defendants no longer are parties to this litigation.

Accordingly, it is ORDERED that the style of this case moving forward from the date of entry of this order will be as reflected above in the caption on this order.

ENTERED this 4pf "f c{ "qh"F gego dgt."42370

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I certify that on December ___, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Douglas C. Northup<br>Fennemore Craig, P.C.<br>2394 East Camelback Road, Suite 600<br>Phoenix, AZ 85016<br>dnorthup@fclaw.com | David B. Scott<br>Ortale, Kelley, Herbert & Crawford<br>P.O. Box 198985<br>200 Fourth Avenue North, Third Floor<br>Nashville, TN 37219-8985<br>dscott@ortalekelley.com |
| Darryl G. Lowe<br>Lowe & Yeager<br>900 So. Gay Street, Suite 1950<br>Riverview Towers<br>Knoxville, TN 37902-1810<br>dgl@lyblaw.net | Darrell G. Townsend<br>Howell & Fisher, PLLC<br>Court Square Building<br>300 James Robertson Parkway<br>Nashville, TN 37201-1107<br>dtownsend@howell-fisher.com |

          */s/ Darrell G. Townsend*
          **DARRELL G. TOWNSEND**

2

Case 3:13-cv-00254   Document 169   Filed 12/02/15   Page 2 of 2 PageID #: 5714